JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMIR AJAMI; and MAGMA DESIGN AUTOMATION, INC., Plaintiffs, v. MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, et al., Defendants. | No. C 08-0816 JW<br><br>**STIPULATION TO DISMISS;** XXXXXXXXXXX **ORDER** |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff Ajami's application for adjustment of status.

///

///

///

///

///

///

///

Each of the parties shall bear their own costs and fees.

Dated: April 11, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney

Dated: April 10, 2008

/s/
MARC VAN DER HOUT
BETH FEINBERG
Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Court terminates all pending motions and hearings. The Clerk shall close this file.

Date: April 18, 2008

JAMES WARE
United States District Judge

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.